UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNELL WILLIAMS #225280,

     Plaintiff,

                                         Case No. 2:18-cv-144

v.

                                         Hon. Hala Y. Jarbou

UNKNOWN BELANGER, et al.,

     Defendants.

_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment (ECF No. 61). Plaintiff also filed a motion for summary judgment (ECF No. 59). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 4, 2021, recommending that this Court grant Defendant Sgt. Belanger's motion, deny Plaintiff's motion, and enter judgment in favor of Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 71) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Sgt. Belanger's Motion for Summary Judgment (ECF No. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 59) is **DENIED**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:   January 25, 2021                              /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       UNITED STATES DISTRICT JUDGE